**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ROBERT HAWKINS,

       Plaintiff,

vs.                                        Case No. 3:05-cv-269-J-32TEM

UNITED STATES DEPARTMENT
OF LABOR, MINE SAFETY AND
HEALTH ADMINISTRATION,

       Defendant.

**ORDER**

Before the Court in this Freedom of Information Act ("FOIA") case is plaintiff Robert Hawkins' request for the Court to conduct an in camera inspection of 55 pages of documents, in un-redacted form, currently in possession of, and being withheld by, defendant United States Department of Labor, Mine Safety and Health Administration ("MSHA") pursuant to certain FOIA exemptions. MSHA responds that such a review is unnecessary.

FOIA explicitly authorizes a district court to conduct an in camera inspection of withheld documents. 5 U.S.C. § 552(a)(4)(B). The Eleventh Circuit has held that a district court has discretion to decide whether to conduct an in camera inspection. Miscavige v. Internal Revenue Serv., 2 F.3d 366, 368 (11th Cir. 1993). In exercising this discretion, it is important to note that in camera inspection may

furnish support for a decision on the merits and, in a case involving relatively few documents, may be the "preferred procedure." Id.

The Court has considered the arguments made by both parties, and finds that an in camera review is warranted. Accordingly, it is hereby **ORDERED:**

1. Plaintiff's Request for In Camera Inspection (Doc. 12) is **GRANTED.**

2. MSHA is directed to send the 55 pages of documents at issue in this case, in un-redacted and either original or duplicate form, directly to the Chambers of the undersigned, 300 North Hogan Street, Suite 11-350, Jacksonville, Florida 32202, so that they are received on or before **Monday, July 11, 2005**, without copy to plaintiff and without filing with the Clerk. The Court will determine the final disposition of the documents in its order addressing the outstanding dispositive motions.

**DONE AND ORDERED** at Jacksonville, Florida on June 30, 2005.

_____
TIMOTHY J. CORRIGAN
United States District Judge

p.
Copies to counsel of record